**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**                                                                                               Case No:  24-33252-MVL-13
**KADEEM KIRI LONG**
                                                                                                          Hearing Date:  02/06/2025
              **Debtor**

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:      ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on **02/06/2025. Pre-hearing conferences will be held by phone and email the week of 02/06/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 02/05/2025.

Any objection to the Debtor's Plan not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 02/06/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | KADEEM KIRI LONG, 4615 HARVEY DR, MESQUITE, TX  75150 |
| **Attorney:** | ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 24-33252-MVL-13**
**KADEEM KIRI LONG**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: KADEEM KIRI LONG, 4615 HARVEY DR, MESQUITE, TX 75150
Attorney: ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054**
Creditors:
ADONIS AUTO GROUP LLC, 8045 EAST R L THORNTON, DALLAS, TX 75228-7001
ALDOUS AND ASSOCIATES, PO BOX 171374, HOLLADAY, UT 84117
APPLIED BANK, 2200 CONCORD PIKE STE 102, WILMINGTON, DE 19803
ATLAS, 300 COVENTRY RD, KENSINGTON, CA 94707-1214
ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX 75201**
ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX 75208**
CCS COLLECTIONS, 725 CANTON ST, NORWOOD, MA 02062
CENTRAL PORTFOLIO CONTROL INC, 10249 YELLOW CIRCLE DR STE 200, MINNETONKA, MN 55343
EDWARD ENGLAND AND JUDY ENGLAND, 726 WOODLAWN AVE, DALLAS, TX 75208-4063
ESSENTIAL LENDING INC DBA WISE LOAN, 261 N LAMAR BLVD, AUSTIN, TX 78705
ESSENTIAL LENDING INC, 3500 HULEN ST, STE 201, FT WORTH, TX 76107
FIRST CREDIT SERVICES, ATTN BANKRUPTCY, PO BOX 55, PISCATAWAY, NJ 08855-0055
FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104
FROST BANK, PO BOX 1600, SAN ANTONIO, TX 78296
H AND R BLOCK PATHWARD EMERALD FNCL, ATTN BANKRUPTCY, PO BOX 30674, SALT LAKE CITY, UT 84130-0674
IC SYSTEMS, PO BOX 64444, ST PAUL, MN 55164
INTERCOASTAL FINANCIAL LLC, 7954 TRANSIT RD 136X, WILLIAMSVILLE, KY 14221
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346**
JAMESON & DUNAGAN PC, 5429 LBJ FREEWAY, SUITE 300, DALLAS, TX 75240
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-2813**
JEFFERSON CAPITAL, PO BOX 7999, SAINT CLOUD, MN 56302-9617**
LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-5207**
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603**
LVNV FUNDING, RESURGENT CAPITAL, PO BOX 10497, GREENVILLE, SC 29603**
METACORP, 749 GATEWAY, STE G 601, ABILENE, TX 79602
METACORP, PO BOX 93024, LAS VEGAS, NV 89193
MONEY SPOT USA, DBA BARR FUNDING, 8 S MICHIGAN AVE 1803, CHICAGO, IL 60603-3351
NTTA, PO BOX 660244, DALLAS, TX 75266-0244**
POSSIBLE FINANCE, PO BOX 98686, LAS VEGAS, NV 89193-8686
POSSIBLE FINANCIAL INC, ATTN VISHAKHA PATEL, 2231 FIRST AVE STE B, SEATTLE, WA 98121-1614**
QUALITY FURNITURE, PO BOX 850789, MESQUITE, TX 75185-0789
SCOLOPAX, WEINSTEIN & RILEY, 749 GATEWAY STE G601, ABILENE, TX 79602
SCOLOPAX, WEINSTEIN & RILEY, PO BOX 93024, LAS VEGAS, NV 89193-3024
STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711**
T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848**
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127**
TEXAS WORKFORCE COMMISSION, REGULATORY INTEGRITY DIV SAU, 101 E 15TH STREET RM 556, AUSTIN, TX 78778-0001**
TRANSWORLD SYSTEMS INC, PO BOX 15630, WILMINGTON, DE 19850-5630**
TXU ENERGY, ATTN: BANKRUPTCY, PO BOX 650393, DALLAS, TX 75265-0393**
US DEPT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922
US DEPT OF EDUCATION, PO BOX 790322, ST LOUIS, MO 63179-0322
VELOCITY INVESTMENTS LLC, ATTN BANKRUPTCY, 1800 ROUTE 34N SUITE 305, WALL, NJ 07719-9168

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
**Case # 24-33252-MVL-13**
**KADEEM KIRI LONG**

\*\* Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 12/26/2024

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700