Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:  24-33252-MVL-13** |
| **KADEEM KIRI LONG** | |
| **DEBTOR** | |

**TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2023-04**

Notice is hereby given to the above named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reasons:

1. The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in the Debtor's Preliminary Plan, or the Order Confirming Plan or the Order Modifying Plan as required by paragraph 3 (e) of General Order 2023-04.

2. The exact dollar amount due to completely bring all payments current as of the 20th day after the date of this Notice is $1,900.00 (MAIL PAYMENTS TO THOMAS D POWERS, STANDING CHAPTER 13 TRUSTEE, PO BOX 1958, MEMPHIS, TN  38101-1958 or contact your attorney for electronic payment options including MoneyGram.)

3. Due date is February 06, 2025.  Payments must be received by 4:00 p.m.

4. If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtor's Attorney must submit a signed Interlocutory Order acceptable to the Trustee and a copy of the Debtor's last paystubs no later than 10:00 a.m. on 02/06/2025.

   **YOU MAY SIGN AN INTERLOCUTORY ORDER ONLY IF YOUR CHAPTER 13 PLAN CONFIRMED.**

   IF YOU ELECT TO SIGN AN INTERLOCUTORY ORDER, YOU WILL BE REQUIRED TO SIGN A WAGE ORDER.  YOU MUST BRING A COPY OF YOUR LAST PAYSTUB.

FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER AND WAGE ORDER PRIOR TO THE DUE DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.

**Notice of Intent to Certify Case for Dismissal, Page 2**
Case # 24-33252-MVL-13
**KADEEM KIRI LONG**

IF YOU ARE CURRENTLY ON A WAGE DIRECTIVE, AND THOUGHT YOUR PAYMENTS WERE CURRENT, YOU SHOULD CONTACT YOUR EMPLOYER IMMEDIATELY BECAUSE OUR RECORDS INDICATE YOU ARE DELINQUENT AND YOUR CASE IS SUBJECT TO DISMISSAL.

**FAILURE TO RESPOND TO THIS NOTICE WILL RESULT IN DISMISSAL OF YOUR CASE**.

Respectfully submitted,

Standing Chapter 13 Trustee

/s/ Thomas D. Powers

State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Intent to Certify Chapter 13 Case for Dismissal** was served on the following parties at the addresses listed below by United States First Class Mail or by electronic service.

Attorney:      ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054**
Creditor(s):   JAMESON & DUNAGAN PC, 5429 LBJ FREEWAY, SUITE 300, DALLAS, TX  75240

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  January 17, 2025          By:  /s/ Thomas D. Powers
                                       Thomas D. Powers